461 A.2d 876

Commonwealth v. Garrison, Appellant.

Submitted March 23, 1983. Joanne Frisby Tyler, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.